IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-357-3-BR
No. 5:16-CV-305-BR

| CHAZ WADE SEAY, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

This matter is before the court on the parties' supplemental briefs filed in response to the court's 27 August 2019 order. (DE ## 203, 210.) Petitioner contends that his conviction on Count 2 should be vacated in light of United States v. Davis, 139 S. Ct. 2319 (2019), and that he should be resentenced on Count 1. (DE # 203; see also DE # 155.) The government agrees. (DE # 210, at 2.)

Petitioner's 28 U.S.C. § 2255 motion, (DE # 155), is ALLOWED. The amended judgment entered 20 March 2012 and petitioner's conviction on Count 2 are VACATED. Count 2 is DISMISSED. Resentencing on Count 1 is SET for 28 October 2019. The U.S. Probation Office is DIRECTED to file a memorandum setting forth any revisions to the Presentence Report, (DE # 50).

This 17 September 2019.

_____
W. Earl Britt
Senior U.S. District Judge