UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Chaz Wade Seay**                                              **Docket No. 5:11-CR-357-3BR**

**Petition for Action on Supervised Release**

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Chaz Wade Seay, who, upon an earlier plea of guilty to Conspiracy to Commit Hobbs Act Robbery, Possession of a Firearm During a Crime of Violence, and Aiding and Abetting, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on March 13, 2012, to the custody of the Bureau of Prisons for a term of 123 months.  It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.  On October 30, 2019, pursuant to the defendant's Motion to Vacate Pursuant to 28 U.S.C. § 2255, the firearms conviction was vacated, and Seay was resentenced to a 97-month term of imprisonment, to be followed by a 3-year term of supervised release.

Chaz Wade Seay was released from custody on November 6, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 13, 2021, in Wake County, North Carolina, Seay was charged with Simple Possession of a Schedule VI Controlled Substance, Unsealed Wine/Liquor in the Passenger Area, and Speeding (21CR720637).  Additionally, on May 18, 2021, the defendant tested positive for marijuana.  Seay admitted to marijuana use and noted that the pending charges and marijuana use were related to "hanging out with the wrong crowd" and making poor decisions.  Based on these violations and the defendant's response to the violations, participation in a cognitive behavioral program (MRT Program) is recommended.  The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

    I declare under penalty of perjury that the foregoing is true and correct.

    /s/ Timothy L. Gupton
    Timothy L. Gupton
    Senior U.S. Probation Officer
    310 New Bern Avenue, Room 610
    Raleigh, NC 27601-1441
    Phone: 919-861-8686
    Executed On: May 24, 2021

**Chaz Wade Seay**
**Docket No. 5:11-CR-357-3BR**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this \_\_\_26\_\_\_ day of \_\_\_May_____, 2021, and ordered filed and made a part of the records in the above case.

*/s/ W. Earl Britt*
W. Earl Britt
Senior U.S. District Judge